**Signed: January 06, 2010**



_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: Vijay SinghCase Number: 09-71768 RN

Chapter: 7

Debtor(s).

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated, **December 10, 2009**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All Recipients